IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| LEON CHAPPELL, a/k/a Wilbur Leon Smith, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JUDGE TRACY S. McCOOEY, )<br>et al., )<br>)<br>Defendants. ) | CIVIL ACTION NO.<br>2:15cv293-MHT<br>(WO) |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit seeking to have his criminal case reopened and his conviction overturned. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed for failure to prosecute or comply with orders of the court. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation

should be adopted.

An appropriate judgment will be entered.

DONE, this the 26th day of August, 2015.

                                    /s/ Myron H. Thompson  
                              UNITED STATES DISTRICT JUDGE